**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| VIVIAN DENISE DANSBY, § § *Plaintiff*, § § v. § § HEASLET EQUIPMENT & TRUCKING § and PHILLIP TOWNSEND, § § *Defendants*. § | Case No. 2:19-cv-00110-JRG-RSP |

## ORDER

Considering the Motion for Summary Judgment filed by Defendant (Dkt. No. 27) on March 6, 2020, and General Order 20-09 concerning limitations on jury trials during the current emergency, all remaining deadlines in this matter, other than those relating to the motion for summary judgment, are **continued** pending disposition of the motion.

Plaintiff Vivian Dansby is directed to file any opposition to the Motion for Summary Judgment by no later than May 8, 2020. Plaintiff is advised that her lawsuit may be dismissed if she fails to respond to the motion for summary judgment with any evidence or sworn declarations that support her claims.

**SIGNED this 23rd day of April, 2020.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE