**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| VIVIAN DENISE DANSBY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:19-cv-00110-JRG-RSP |
| | § | |
| HEASLET EQUIPMENT & TRUCKING | § | |
| and PHILLIP TOWNSEND, | § | |
| | § | |
| *Defendants*. | § | |

## <u>ORDER</u>

The above entitled and numbered civil action was referred to United States Magistrate Judge Roy S. Payne pursuant to 28 U.S.C. § 636. On May 21, 2020 Judge Payne issued a Report & Recommendation in the present action recommending that Defendants Heaslet Equipment & Trucking and Philip Townsend's (collectively, "Defendants") Motion for Traditional and No-Evidence Summary Judgment be granted. (Dkt. No. 33.) On May 29, 2020, Plaintiff Vivian Denise Dansby ("Plaintiff") signed for and received a copy of the Report & Recommendation. (Dkt. No. 34.)

Fourteen days have passed with no objection by Plaintiff. Having received no objections, and having considered the Report and Recommendation de novo, the Court finds no reason to reject or modify the recommended disposition. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C). The Report and Recommendation (Dkt. No. 33) is hereby **ADOPTED**. Accordingly, Defendants Motion for Traditional and No-Evidence Summary Judgment (Dkt. No. 27) is hereby **GRANTED**.

So ORDERED and SIGNED this 12th day of June, 2020.


RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE